**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES ROBERT SCOTT, | No. 2:25-cv-2277-DJC-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| DANIEL SMITH, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 23, 2026, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed March 23, 2026, ECF No. 8, are adopted in full.

2. Plaintiff's claims against Defendant Smith as asserted in this action are dismissed without prejudice to Plaintiff's ability to assert such claims in a new action filed in the United States District Court for the Northern District of California.

3. The Clerk of the Court is directed to terminate Smith as a defendant to this action.

4. The matter is referred back to the assigned Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:    **May 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2